UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 03-80165-CR-RYSKAMP/Hopkins

21 USC 841(a)(1)
21 USC 841(b)(1)(C)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGELIO VERA,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about November 3, 2003, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROGELIO VERA,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

_____
FOREPERSON

_____
for MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

vs.                               **CERTIFICATE OF TRIAL ATTORNEY***

**ROGELIO VERA**

       **Defendant.**
_____/

**Superseding Case Information**:
New Defendant(s)          Yes ____    No ____
Number of New Defendants          ____
Total number of counts            ____

**Court Division**: (Select One)

____ Miami      ____ Key West
____ FTL    _X_ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    __No__
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_        Petty       ____
   II   6 to 10 days     ____       Minor       ____
   III  11 to 20 days    ____       Misdem.     ____
   IV   21 to 60 days    ____       Felony      _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No) __Yes__
   If yes:
   Magistrate Case No.   __03-5399-JMH__
   Related Miscellaneous numbers:  __N/A__
   Defendant(s) in federal custody as of  __12/5/03__
   Defendant(s) in state custody as of  __N/A__
   Rule 20 from the __N/A__          District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes  _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Did this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

                                      _____
                                      WILLIAM T. ZLOCH
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Florida Bar No. 0105619

*Penalty Sheet(s) attached                                    REV.10/29/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: __ROGELIO VERA-RYSKAMP /Hopkins__

Count #:   1

__21 USC §§ 841(a)(1) and (b)(1)(C)__

*Max. Penalty: 20 Years Imprisonment; $1,000,000 Fine
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

No. _____

**UNITED STATES** ___ DISTRICT ___ **COURT**

Southern ___ **District of** ___ Florida

Northern ___ **Division** ___

**THE UNITED STATES OF AMERICA**

vs.

ROGELIO VERA

**INDICTMENT**

21 USC 841(a)(1)
21 USC 841(b)(1)(C)

A true bill.

_____
Foreman

Filed in open court this ___ 11/a. ___ day

of ___ Dec ___, A.D. 20 ___ 03 ___

E. Guerrero

_____
Clerk

Bail. $ _____

GPO 863 928