UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 03-80165-CR-RYSKAMP/JOHNSON

UNITED STATES OF AMERICA,

    plaintiff,

vs.

ROGELIO VERA,

    defendant.
_____/

FILED by ___ D.C.
JUN 2 0 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

## ORDER OF REFERENCE

Pursuant to the authority in 18 U.S.C. Section 3401(i) this case is referred to United States Magistrate Judge Linnea R. Johnson, effective upon the defendant's arrest, for an evidentiary hearing on the accusations of defendant's violation of supervised release. The Magistrate Judge shall file proposed findings and recommendations under 18 U.S.C. Section 3583(e).

**DONE AND ORDERED** in Chambers at the United States District Courthouse, West Palm Beach, Florida, this 20th day of June, 2006.

_____
**KENNETH L. RYSKAMP**
**UNITED STATES DISTRICT JUDGE**

cc:    U.S. Magistrate Judge Linnea R. Johnson
       U.S. Attorney
       U.S. Probation Officer - Kathleen Shannon-Hunt