PROB 19a

SD/FL PACTS No. 79272

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>03-80165-CR-Ryskamp</u>

FILED by ___ D.C.

JUN 19 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

U.S.A. vs Rogelio Vera

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. ||||
| NAME OF SUPERVISED RELEASEE<br>Rogelio Vera | SEX<br>Male | RACE<br>W/H | AGE<br>42 |
| ADDRESS (STREET, CITY, STATE)<br>1740 Carson Avenue<br>Lake Worth, Florida 33460 ||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA | DATE IMPOSED<br>4/9/2004 |||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br>WEST PALM BEACH, FLORIDA ||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK<br>Irene Rivera | DATE<br>6-19-06 ||

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>6/20/2006 | DATE EXECUTED<br>6/29/2006 ||
| EXECUTING AGENCY (NAME AND ADDRESS)<br>UNITED STATES MARSHALS SERVICE<br>701 CLEMATIS STREET #215<br>WEST PALM BEACH, FL 33401 ||||
| NAME   CHRISTINA PHARO<br>        U S MARSHAL   S/D FLORIDA | (BY)<br>GLEN WILNER, SDUSM | DATE<br>7/03/2006 ||

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u>;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

815736
0604-0620-2045-D