UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-80165-Cr-Ryskamp/Johnson

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGELIO VERA,

    Defendant.
_____/

<u>ORDER</u>
AND
<u>REPORT AND RECOMMENDATION</u>

    The Defendant, ROGELIO VERA, appeared before the Court this day, represented by Glenn Mitchell. The Defendant was initially convicted for violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). After serving the prison portion of his sentence, the Defendant was put on supervised release for three years. The Defendant is now charged with violating his supervised release by: (1) refusing to submit to drug testing on May 31, 2006 and June 1, 2006; (2) unlawfully possessing or using a controlled substance; (3) failing to participate in an approved drug treatment program; (4) failing to follow the instructions of a probation officer; and (5) failing to submit a truthful and complete written monthly report within the first five days of each month. The Defendant admits the violations and wishes to proceed to sentencing as soon as possible.

    This Court recommends that the District Court accept the Defendant's admissions and find the Defendant guilty of violating supervised release. This Court recommends that the matter be set down for sentencing before the District Court.

The Clerk is ORDERED to set this matter before the sentencing calendar of the Honorable United States District Judge Kenneth L. Ryskamp.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Kenneth L. Ryskamp, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and ORDERED and DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this _2_ day of August, 2006.

_____
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Linnea R. Johnson
AUSA William Zloch
Glenn Mitchell, Esq.
United States Marshal
United States Probation Officer Kathleen Shannon-Hunt