UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-80165-CR-RYSKAMP/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGELIO VERA,

    Defendant.
_____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at sentencing for violations of supervised release on September 21, 2006. The Court finds the defendant has violated the terms of his supervised release as set forth in the petition for violation and the defendant admits same.

**IT IS HEREBY ORDERED and ADJUDGED** that the defendant's term of supervised release imposed by the Court is **revoked** and the defendant is committed to the custody of the U.S. Bureau of Prisons for a term of **Eight (8) months**.

**DONE and ORDERED** in West Palm Beach, this 22 day of September, 2006.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc: William Zloch, AUSA
    Glenn Mitchell, Esq.
    U.S. Probation - Kathleen Shannon-Hunt
    U.S. Marshal